In the Matter of the Petition of ESTELLE M. SINGER to Prove the Last Will and Testament of MATILDA SALOMON, Late of the County of Kings, Deceased. FARMERS LOAN AND TRUST COMPANY, as Executor, etc., and Another, Appellants; ESTELLE M. SINGER, Respondent.— Decree of the Surrogate's Court of Kings county, admitting will to probate, reversed upon the facts, with costs, and a jury trial ordered pursuant to section 430 of the Civil Practice Act. We are not satisfied with the finding of the surrogate to the effect that the will in question was destroyed by Mr. Salomon, now deceased, and the result to his reputation and memory is so serious that, in our opinion, and in furtherance of justice, a new trial should be had. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle order on notice.

ALICE KEATING, Appellant, v. DAVID J. CONVISER and PHILIP PERLIN, Respondents.— Order setting aside verdict and dismissing complaint, and judgment entered thereon, reversed upon the law, with costs, and verdict* reinstated, with costs. We are of opinion that defendants' letter of complaint was libelous *per se,* especially in view of defendants' letter to plaintiff, written in advance of said libelous communication. If there were any doubt about the meaning of defendants' letter of complaint, the question was for the jury. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

GEORGE T. KELLY, Respondent, v. POST TOOKER, Appellant.— Order denying defendant's motion for judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

PLANT & AHRENS, INC., Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment reversed upon the law and new trial granted, costs to abide the event, because of error in the court's charges with reference to the right of way, at folios 738 and 739 of the record on appeal. The true rule is stated in *Ward* v. *Clark* (232 N. Y. 195, 198) and *Shirley* v. *Larkin Co.* (239 id. 94, 97). In our opinion the charge did not conform to the rule there stated. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

GEORGE R. PSOTA, an Infant, by JOSEPH PSOTA, His Guardian ad Litem; ROSALIE PSOTA, an Infant, by JOSEPH PSOTA, Her Guardian ad Litem, and JOSEPH PSOTA, Respondents, Appellants, v. LONG ISLAND RAILROAD COMPANY, Respondent. ANTOINETTE D. ANDREWS, Appellant.— Judgment and orders unanimously affirmed, with costs. If the chauffeur, Nash, was using the car without the owner's permission, express or implied, that, in our opinion, would be a good defense to the action; but the case does not present any such question. While counsel for defendant made an effort to present facts to meet that defense, hi questions were not in proper form, and were properly excluded. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.